**Howard J. ARMER v. STATE.**

No. 15514.

Court of Criminal Appeals of Texas.

Oct. 19, 1932.

Dailey & Keller, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for unlawfully carrying a pistol; punishment, ninety days' confinement in the county jail.

The record is here without statement of facts or bills of exception. We perceive no error.

The judgment will be affirmed.